```
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------
                                    )
MANUEL ALFONSO HERNANDEZ MORALES,   )  NOTICE OF APPEARANCE AND
                                    )  REQUEST FOR ELECTRONIC
          Petitioner,               )  NOTIFICATION
                                    )
     v.                             )  07 Civ. 5683(SAS)
                                    )  04 Cr. 290(SAS)
UNITED STATES OF AMERICA,           )
                                    )
          Respondent.               )
                                    )
------------------------------------
```

TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                Respectfully submitted,

                MICHAEL J. GARCIA
                United States Attorney for the
                  Southern District of New York

By:    s/ Steven D. Feldman
     Steven D. Feldman
     Assistant United States Attorney
     (212) 637-2484

cc:  Manuel Alfonso Hernandez Morales, *pro se*
     52139-054
     FCI Lompoc
     3600 Guard Road
     Lompoc, CA 93436